U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| RITA MILLER, Plaintiff<br>v.<br>BARRY S. MARAM, Director of the Illinois Department of Healthcare and Family Services, etc., and CAROL L. ADAMS, Secretary of the Illinois Department of Human Services, etc. | 08 C 50 1 62 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Rita Miller

FILED
AUG 0 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Steven C. Perlis |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Steven C. Perlis |

| FIRM |
|---|
| Elder Law Office of Steven C. Perlis and Associates, P.C. |

| STREET ADDRESS |
|---|
| 3345 N. Arlington Heights Road, Suite D |

| CITY/STATE/ZIP |
|---|
| Arlington Heights, IL 60004 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 847-818-1138 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐