# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 50162 |
|---|---|
| Rita Miller v. Barry S. Maram, in his official capacity as Director of the Illinois Department of Healthcare and Family Services, and Carol L. Adams, in her official capacity as Secretary of the Illinois Department of Human Services | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Barry S. Maram, in his official capacity as Director of the Illinois Department of Healthcare and Family Services

| | |
|---|---|
| **NAME** (Type or print)<br>John E. Huston | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ John E. Huston | |
| **FIRM**<br>Office of the Illinois Attorney General | |
| **STREET ADDRESS**<br>160 N. LaSalle Street, Suite N-1000 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>3128039 | **TELEPHONE NUMBER**<br>(312) 793-2380 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |