**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 50162 |
|---|---|

RITA MILLER v. BARRY S. MARAM, in his official capacity as Director of the Illinois Dep't of Healthcare & Family Services; and CAROL L. ADAMS, in her official capacity as Secretary of the Illinois Dep't of Human Services

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BARRY S. MARAM in his official capacity as Director of the Illinois Department of Healthcare & Family Services

| NAME (Type or print) |
|---|
| Christopher S. Gange |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Christopher S. Gange |
| FIRM |
| Office of the Illinois Attorney General |
| STREET ADDRESS |
| 160 N. LaSalle St., Suite N-1000 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6255970 | 312-793-2380 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐