## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08 C 50162

Rita Miller v. Barry S. Maram, in his official capacity as
Director of the Illinois Department of Healthcare and Family
Services, and Carol L. Adams, in her official capacity as
Secretary of the Illinois Department of Human Services

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Rita Miller

| | |
|---|---|
| NAME (Type or print) <br> Helen Mesoloras | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Helen Mesoloras | |
| FIRM <br> The Elder Law Office of Steven C. Perlis and Associates, P.C. | |
| STREET ADDRESS <br> 3345 N. Arlington Heights Road, Suite D | |
| CITY/STATE/ZIP <br> Arlington Heights, IL 60004 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6283523 | TELEPHONE NUMBER <br> 847-818-1138 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |